IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, etc., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD M. DORSEY, etc., )<br>and CD&O, L.L.C., etc., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv766-MHT |

**ORDER**

It is ORDERED that defendants' motion to dismiss (doc. no. 5) is set for submission, without oral argument, on October 13, 2006, with all briefs due by said date.

DONE, this the 20th day of September, 2006.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**