IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, <br> as an individual and derivatively upon <br> behalf of I-65 PROPERTIES, INC., <br><br> PLAINTIFF, <br><br> VS. <br><br> RICHARD M. DORSEY, <br> as an individual and CD&O, LLC <br> as a necessary party. <br><br> DEFENDANTS. | Civil Action No. <br> 2:06cv766-MHT |

## *NOTICE OF APPEARANCE*

COMES NOW *Clifford W. Cleveland* and hereby notifies the Court and the Plaintiff's Attorney he is entering his appearance as counsel on behalf of the Defendants, *Richard M. Dorsey and CD&O, LLC* in the above styled cause.

RESPECTFULLY SUBMITTED,

By: _____
Clifford W. Cleveland
Attorney Code: CLE007

*OF COUNSEL:*

*The Law Office of
Cleveland & Colley, P. C.
Post Office Box 680689
Prattville, Alabama 36068
(334) 365-1500*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, postage prepaid and properly addresses this the 26 day of September, 2006 to:

Lindsay B. Erwin, Esquire
3516 Vann Road, Suite 114
Birmingham, Alabama  35235

_____
OF COUNSEL