IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA DORSEY DAVIS, etc.,    )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )       2:06cv766-MHT
                             )
RICHARD M. DORSEY, etc.,     )
and CD&O, L.L.C., etc.,      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to dismiss (doc. no. 5) is denied.

DONE, this the 18th day of October, 2006.


              /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE