IN THE DISTRICT COURT OF THE UNITED STATES

MIDDLE DISTRICT OF ALABAMA, NOTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, etc. ) | |
|    Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO: |
| RICHARD M. DORSEY, etc., ) | 2:06CV766-MHT |
| and CD & O, LLC, etc., ) | |
|    Defendants. ) | |

ENTRY OF APPEARANCE (Co-Counsel)

The undersigned attorney hereby files this entry of appearance on behalf of the Plaintiff as co-counsel in the above styled case and requests that all further notices, pleadings, orders, and dockets be sent to both the Plaintiff's attorneys.

This 15th day of February, 2007.

                                                  __s/ James E.Roberts_____
                                                James E. Roberts
                                                ASB – 6297-B38J
                                                Attorney for the Plaintiff

4908 Cahaba River Road
Birmingham, Alabama  35243
205-970-7775

CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have served a copy of same electronically and placing a copy of same in the United States Mail, Postage repaid and properly address to:

| | |
|---|---|
| Clifford W. Cleveland | Lindsay B. Erwin |
| Post Office Box 680689 | P.O. Box 9031 |
| Prattville, Alabama 36068 | Columbus, GA 31908-9031 |

    This 15th day of February, 2007.

                                                                                                 s/ James E. Roberts  
                                                                          James E. Roberts