IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA DORSEY DAVIS,<br>as an individual and derivatively upon<br>behalf of I-65 PROPERTIES, INC., | * * * * | |
| PLAINTIFF, | * * | Civil Action No.<br>2:06cv766-MHT |
| VS. | * * | |
| RICHARD M. DORSEY,<br>as an individual and CD&O, LLC<br>as a necessary party. | * * * * | |
| DEFENDANTS. | * | |

## *NOTICE OF APPEARANCE*

COMES NOW *Clifford W. Cleveland* and hereby notifies the Court and the Plaintiff's Attorney he is entering his appearance as counsel on behalf of the Defendants, *Richard M. Dorsey and CD&O, LLC* in the above styled cause.

RESPECTFULLY SUBMITTED,

By: _____
Clifford W. Cleveland
Attorney Code: CLE007

*OF COUNSEL:*

*The Law Office of
Cleveland & Colley, P. C.
Post Office Box 680689
Prattville, Alabama 36068
(334) 365-1500*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, postage prepaid and properly addresses this the 2 6 day of September, 2006 to:

Lindsay B. Erwin, Esquire
3516 Vann Road, Suite 114
Birmingham, Alabama 35235

_____
OF COUNSEL