IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA, NOTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, etc. ) | |
|    Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO: |
| RICHARD M. DORSEY, etc., ) | 2:06CV766-MHT |
| and CD & O, LLC, etc., ) | |
|    Defendants. ) | |

NOTICE OF DEPOSITION

TO COUNSEL OF RECORD FOR ALL PARTIES

PLEASE TAKE NOTICE that the Plaintiff will take the testimony of Defendant, Richard M. Dorsey, by deposition upon oral examination for the purpose of discovery or for use as evidence in this action in accordance with the Federal Rules of Civil Procedure.

Said deposition will be held at the law offices of CLEVELAND & COWLEY, P.C., 744 East Main Street, Prattville, Alabama 36067, on **March 12, 2007 at 10:00 o'clock a.m.** and shall be taken before a certified Court Reporter who is authorized to administer oath under the Laws of the State of Alabama.

This 28th day of February, 2007.

                                                 _s/Lindsay B. Erwin_____
                                               Lindsay B. Erwin
                                               ASB – 5299-y59e
                                               Attorney for the Plaintiff

Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway
Columbus, Georgia  31904
(706) 576-4064

CERTIFICATE OF SERVICE

    I hereby certify that I have mailed a true and correct copy of the foregoing to all Attorneys of record, by first class U.S. Mail, this the 28th day of February, 2007 Postage prepaid and properly address to:

| | |
|---|---|
| Clifford W. Cleveland | James E. Roberts |
| Post Office Box 680689 | 4908 Cahaba River Road |
| Prattville, Alabama  36068 | Birmingham, Alabama  35243 |

    This 28th day of February, 2007.

                                                  ___s/Lindsay B. Erwin_____  
                                                  Lindsay B. Erwin