IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS,<br>as an individual and derivatively upon<br>behalf of I-65 PROPERTIES, INC.,<br><br>      PLAINTIFF,<br><br>VS.<br><br>RICHARD M. DORSEY,<br>as an individual and CD&O, LLC<br>as a necessary party.<br><br>      DEFENDANTS. | *<br>*<br>*<br>*<br>*   Civil Action No.<br>*   2:06cv766-MHT<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF TAKING DEPOSITION

TO:   Lindsay B. Erwin, Esquire                 James E. Roberts, Esquire
       3516 Vann Road, Suite 114                4908 Cahaba River Road
       Birmingham, Alabama 35235           Birmingham, Alabama 35243

Please take notice that on the *13th day of March, 2007* at *10 o'clock a.m.*, at the Law Office of Cleveland & Colley, P. C., 744 East Main Street, Prattville, Alabama 36067, the Defendant will take the deposition of **Donna Dorsey Davis** pursuant to the *Federal Rules of Civil Procedure*, upon oral examination before a court reporter, notary public or an officer duly authorized by law to take depositions and to administer oaths, and the said deposition will continue from day-to-day until completed.

                              By:   //s// Clifford W. Cleveland
                                     Clifford W. Cleveland, Esquire
                                     Attorney Code: CLE007

*OF COUNSEL:*

*CLEVELAND & COLLEY, P.C.*
*Post Office Box 680689*
*Prattville, Alabama 36068*
*(334) 365-1500*

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on the 8th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send notification of such filing to the following:

> Lindsay B. Erwin, Esquire
> 3516 Vann Road, Suite 114
> Birmingham, Alabama  35235

> James E. Roberts, Esquire
> 4908 Cahaba River Road
> Birmingham, Alabama 35243

<u>//s// Clifford W. Cleveland</u>
OF COUNSEL