IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DONNA DORSEY DAVIS, etc.,** ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:06cv766-MHT |
| ) | |
| **RICHARD M. DORSEY, etc.,** ) | |
| **and CD&O, L.L.C., etc.,** ) | |
| ) | |
|     Defendants. ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 22) is set for submission, without oral argument, on April 10, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 22nd day of March, 2007.

                         /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE