IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA DORSEY DAVIS, etc.,      )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )        2:06cv766-MHT
                               )
RICHARD M. DORSEY, etc.,       )
and CD&O, L.L.C., etc.,        )
                               )
    Defendants.                )
```

### ORDER

It is ORDERED that the motion to reconsider (Doc. No. 27) is denied.

DONE, this the 9th day of April, 2007.

              /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE