UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Donna Dorsey Davis, | ) |
| as an individual and derivatively upon behalf | ) |
| of I-65 Properties, Inc. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO: 2:06cv766 |
| | ) |
| Richard M. Dorsey, as an individual, | ) |
| and CD& O, LLC, as a necessary party, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| Richard M. Dorsey, | ) |
| Dorsey Motor Sales, Inc., | ) |
| and TD & O, Inc., | ) |
| | ) |
|     Counter Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Donna Dorsey Davis, | ) |
| | ) |
|     Counter Defendant. | ) |

Plaintiff/Counter-Defendant's Motion for Summary Judgment

    Pursuant to Rule 56, Fed. R. Civ. P., Plaintiff/Counter-Defendant, Donna Dorsey Davis moves for entry of summary judgment in her favor and against the Defendant/Counter-Plaintiff. As grounds in support thereof, Plaintiff/Counter-Defendant would show unto the Court that there is no disputed issue of material fact and that defendant is entitled to judgment as a matter of law.

This motion is based on pleadings, depositions, and other matters of record, as well as the evidentiary submission previously filed by the Defendant/Counter-Plaintiff.

Respectfully Submitted this 9th day of April, 2007.

//s// Lindsay B. Erwin
Lindsay B. Erwin
ASB-5299-Y59E
Attorney for Plaintiff

Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway
Columbus, Georgia 31904
(706) 576-4064

## CERTIFICATE OF SERVICE

I hereby certify that on the  9   day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

Clifford W. Cleveland
Cleveland & Colley, P.C.
P.O. Box 680689
Prattville, AL 36068

James E. Roberts, Esquire
4908 Cahaba River Road, Suite 204
Birmingham, AL 35243

 //s// Lindsay B. Erwin
OF COUNSEL