IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, etc., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD M. DORSEY, etc., )<br>and CD&O, L.L.C., etc., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06cv766-MHT |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 31) is set for submission, without oral argument, on April 27, 2007, with any opposing brief and evidentiary materials by said date.

DONE, this the 11th day of April, 2007.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE