IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS,<br>as an individual and derivatively upon<br>behalf of I-65 Properties, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD M. DORSEY, as an individual<br>and CD&O, LLC, as a necessary party,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. 2:06-cv-766-MHT<br>:<br>:<br>:<br>:<br>: |

**DEFENDANTS' MOTION TO STRIKE
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Richard M. Dorsey and CD&O, LLC, Defendants in the above-styled cause, and move this Court to strike Plaintiff's *Motion for Summary Judgment* as untimely. In support of this motion, Defendants rely on the following:

1. Pursuant to Section 2 of this Court's Uniform Scheduling Order dated November 2, 2006, dispositive motions were to be filed no later than ninety days prior to the pretrial hearing, or March 19, 2007.

2. Defendants timely filed their *Motion for Summary Judgment* on March 19, 2007.

3. On April 9, 2006, Plaintiff filed both a *Motion for Summary Judgment* and a separate *Response in Opposition to Defendants' Motion for Summary Judgment and in the Alternative, Brief in Support of Plaintiff's Cross Memorandum Brief in Support of Motion for Summary Judgment*.[1]

---

[1] Plaintiff did not submit any evidentiary submissions contemporaneous with the filing of her motion nor her response. While Plaintiff purports to rely upon Defendant's evidentiary submissions, she refers to portions of depositions which Defendants did not submit into evidence.

4. The body of the latter document is specifically divided into two sections, "Reply to Defendant's Arguments and Conclusions of Law" and "Plaintiff's Cross Claim for Summary Judgment on Defendant's Counterclaim".[2]

5. To the extent that Plaintiff now seeks to file a dispositive motion in this matter, such is due to be stricken as untimely filed.

Wherefore the premises having been considered, Defendants respectfully request the Court to strike Plaintiff's *Motion for Summary Judgment* as untimely, or in the alternative, grant Defendants the opportunity to respond to said motion.

Respectfully Submitted this 11th day of April, 2007.

> RICHARD M. DORSEY, as an individual, and CD&O, LLC, as a necessary party,
>
> /s/ Clifford W. Cleveland
> CLIFFORD W. CLEVELAND

OF COUNSEL:

*CLEVELAND & COLLEY, P.C.*
744 East Main Street
Prattville, AL 36067
(334) 365-1500 phone
(334) 365-1601 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system which will send notification of such filing to Lindsay B. Erwin, Esquire (lindsayerwin@gmail.com) and James Edward Roberts, Esquire (attyjuris@aol.com) this the 11th day of April, 2007.

> /s/ Clifford W. Cleveland
> OF COUNSEL

---

[2] Plaintiff's alternative party-designations have been omitted.