IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA DORSEY DAVIS, etc.,    )
                             )
    Plaintiff,                )
                             )         CIVIL ACTION NO.
    v.                       )          2:06cv766-MHT
                             )
RICHARD M. DORSEY, etc.,     )
and CD&O, L.L.C., etc.,      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to strike (Doc. No. 34) is set for submission, without oral argument, on April 27, 2007, with all briefs due by said date.

DONE, this the 12th day of April, 2007.

                                /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE