IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS,<br>as an individual and derivatively upon<br>behalf of I-65 Properties, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD M. DORSEY, as an individual<br>and CD&O, LLC, as a necessary party,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 2:06-cv-766-MHT<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the parties and, pursuant to the Court's November 2, 2006 Uniform Scheduling Order, state as follows:

1. The parties have engaged in settlement negotiations, including but not limited to the exchanging of documents, offers and demands.

2. The parties advise the Court that there is no possibility for settlement of this case at this time.

3. Further, while the Plaintiff believes that mediation will assist in resolving this matter, the Defendant does not agree and does not believe that this matter can be resolved through mediation.

Counsel for Defendants attests that Lindsay B. Erwin has agreed to the foregoing statements and has authorized the execution and electronic filing of same on her behalf.

Respectfully Submitted this 18th day of April, 2007.

| | |
|---|---|
| DONNA DAVIS DORSEY, PLAINTIFF, | Richard Dorsey and CD&O, LLC, Defendants |
| By:   /s/ Lindsay B. Erwin<br>      Meacham, Earley & Fowler, P.C.<br>      5704 Veterans Parkway<br>      Columbus, GA 31904<br>      (706) 576-4064 phone<br>      LindsayErwin@gmail.com | By:   /s/ Clifford Cleveland<br>      Cleveland & Colley, P.C.<br>      Post Office Box 680689<br>      Prattville, AL 36068<br>      (334) 356-1500 phone<br>      Cliff.Cleveland@clevelandcolley.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing *Notice of Settlement Conference and Mediation* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system which will send notification of such filing to Lindsay B. Erwin, Esquire (lindsayerwin@gmail.com) and James Edward Roberts, Esquire (attyjuris@aol.com) this the 18th day of April, 2007.

      /s/ Clifford W. Cleveland
      OF COUNSEL