**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DONNA DORSEY DAVIS,** <br> **as an individual and derivatively upon behalf of I-65 Properties, Inc.,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **RICHARD M. DORSEY, as an individual and CD&O, LLC, as a necessary party,** <br><br> **Defendants.** | : | **Case No. 2:06-cv-766-MHT** |

**DEFENDANTS' MEMORANDUM BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Richard M. Dorsey and CD&O, LLC, Defendants in the above-styled cause, and submit the following *Memorandum Brief in Opposition to Plaintiff's Motion for Summary Judgment*.

## I. DEFENDANTS' MOTION TO STRIKE

Contemporaneous with the filing of this opposition brief, Defendants have filed a brief in support of their previously filed *Motion to Strike*. Defendants strenuously object to Davis being permitted to file her *Motion for Summary Judgment*, out of time and without seeking leave of court. By the filing of the instant brief, Defendants do not intend to waive their arguments contained in said motion to strike. However, because the Court ordered that briefs be submitted on the *Motion to Strike* and *Plaintiff's Motion for Summary Judgment* on the same day, Defendants accordingly comply therewith.

## II. *ALA. CODE* §7-3-118(B)

Davis asserts that the subject promissory note is barred by the statute of limitations pursuant to *Ala. Code* §7-3-118(b). That statute provides as follows:

> Note payable on demand. Except as provided in subsection (d) or (e), if demand for payment is made to the maker of a note payable on demand, an action to enforce the obligation of a party to pay the note must be commenced within six years after the demand. If no

> demand for payment is made to the maker, an action to enforce the note is barred if neither principal nor interest on the note has been paid for a continuous period of 10 years.

Davis' argument regarding this statute is misplaced as she clearly ignores the language of the note in her attempt to bar recovery. (See Exhibit "3" - October 1, 1990 Promissory Note).[1] Irrespective of the statutory language quoted above, this statute does not apply to the promissory note at issue because the note plainly and unequivocally waives the requirement for a demand. Accordingly, Davis' asserted defense is waived as evidenced by the language of the note.

The promissory note states in pertinent part as follows:

> ...[E]ach maker, endorser, surety and guarantor of this note severally **waives demand, presentment, protest, notice of protest, suit and all other requirements necessary** to hold them or any of them and they severally agree that time of payment may be extended or a renewal note taken or other indulgence granted without notice of, or consent to, such action, without release of liability of any such party.

(Emphasis added).

*Ala. Code* §7-1-306 provides that "[a] claim or right arising out of an alleged breach may be discharged in whole or in part without consideration by agreement of the aggrieved party in an authenticated record." The above waiver is part of the contract and therefore said waiver contained within the instrument supercedes the limitations imposed by *Ala. Code* §7-3-118(b). It is well-settled that where certain terms are contained within the instrument, the terms are binding. See *Little v. People's Bank of Mobile*, 96 So. 763, 766 (Ala. 1923)(waiver contained in note is valid for stated purpose).

The terms of the note itself support Defendants' contention that this debt was not intended to comport to the requirements of a bank or other commercial lending company. The language

[1] All exhibits referenced herein have been previously filed with *Defendants' Motion for Summary Judgment*. However, for the convenience of the Court, Defendants refile the exhibits referred to in the instant brief with the same exhibit numbers previously assigned.

suggests the unique situation that often exists in a closely held family corporation. The flexibility of the demand requirements (as well as other requirements) worked to the benefit of Davis as the note could remain unpaid for several years until the company realized a profit.  Davis now seeks to take advantage of the very structure which permitted her to enjoy the benefit of the property absent any responsibility for seventeen years.  Again, the parties were aware of the debt from the inception of the note.  Further, as evidenced by the correspondence in 2000, Davis was interested in refinancing the debt.  To now suggest that the debt was stale or was within months of being stale is disingenuous as best. We adopt and incorporate herein the additional factual assertions made in *Defendants' Motion for Summary Judgment*.

## III.    DAMAGES OUTSIDE PROMISSORY NOTE

In the alternative, to the extent that the note may be unenforceable, Davis' summary judgment is still due to be denied.  Davis' argument wrongfully assumes that the entire amount claimed is for the promissory note.  On the contrary, as established in Dorsey's counterclaim, the corporation—of which Davis is a 30% owner—has had expenses for matters outside the promissory note over the past seventeen years.  To the extent Davis seeks the benefit of that ownership, so does she bear the responsibility.  It is undisputed that Davis has failed to pay any portion of the maintenance, upkeep, taxes or other expenses associated with I-65 Properties. (Exhibit "2" - Deposition of Richard Dorsey p. 123 at lines 1-6, p. 156 at lines 10-22; Exhibit "1" - Deposition of Donna Dorsey Davis p. 129 at lines 11-14; Exhibit "15" - Compilation of Expenses Owed). That expense has been borne solely by Dorsey.  (Exhibit "14" - Affidavit of Richard M. Dorsey; Davis Depo. p. 129 at lines 11-14).

Accordingly, Davis' Motion for Summary Judgment is due to be denied.

## IV. CONCLUSION

Wherefore the premises having been considered, the Defendants respectfully request the Court to grant the *Defendants' Motion for Summary Judgment* and deny *Plaintiff's Motion for Summary Judgment*.

Respectfully Submitted this 27th day of April, 2007.

RICHARD M. DORSEY, as an individual, and CD&O, LLC, as a necessary party,

/s/ Clifford W. Cleveland
CLIFFORD W. CLEVELAND

OF COUNSEL:
*CLEVELAND & COLLEY, P.C.*
744 East Main Street
Prattville, AL 36067
(334) 365-1500 phone
(334) 365-1601 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing *Defendants' Memorandum Brief in Opposition to Plaintiffs' Motion for Summary Judgment* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system which will send notification of such filing to Lindsay B. Erwin, Esquire (lindsayerwin@gmail.com) and James Edward Roberts, Esquire (attyjuris@aol.com) this the 27th day of April, 2007.

/s/ Clifford W. Cleveland
OF COUNSEL

# EXHIBIT "1"

## Deposition of Donna Dorsey Davis

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

DONNA DORSEY DAVIS,

Plaintiff,

vs. CASE NO. 2:06CV766-MHT

RICHARD M. DAVIS, etc.,
and CD&O, LLC, etc.,

Defendants.

* * * * * * * * * * * *

DEPOSITION OF DONNA DORSEY DAVIS, taken pursuant to stipulation and agreement before Dee Coker, Registered Professional Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of Cleveland & Colley, 744 East Main Street, Prattville, Alabama, on Tuesday, March 13, 2007, commencing at approximately 9:15 a.m.

* * * * * * * * * * * *

never been just clear from the beginning.

Q. Do you have any idea of the cost that would be associated --

A. I don't, no.

Q. -- with bringing it to the level that you want it?

A. No.

Q. Would you acknowledge that all of that costs money?

A. Yes.

Q. Okay. Have you spent any money whatsoever on maintaining or taking care of the I-65 property?

A. No.

Q. Look at paragraph number 21.

A. Okay.

Q. Is it your contention that there have been profits made and that there are dividends to be distributed which have not been distributed?

A. I don't know.

Q. Do you know of any fact that would indicate that I-65 has made a profit?

# EXHIBIT "2"

## Deposition of Richard Dorsey

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

DONNA DORSEY DAVIS,

Plaintiff,

vs. CASE NO. 2:06CV766-MHT

RICHARD M. DORSEY, etc., and CD&O, LLC, etc.,

Defendants.

* * * * * * * * * * *

DEPOSITION OF RICHARD M. DORSEY, taken pursuant to stipulation and agreement before Dee Coker, Registered Professional Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of Cleveland & Colley, 744 East Main Street, Prattville, Alabama, on Monday, March 12, 2007, commencing at approximately 10:03 a.m.

* * * * * * * * * * *

against Donna individually. Can you help me with why TD&O has anything to do with this?

A. TD&O has been one of the companies that I've borrowed money for, for I-65.

Q. Oh, I got you.

A. To pay property taxes, maintenance, upkeep.

Q. Okay. Got you. And will that show -- here's -- it's all marked up, so I almost hate to use it, but this was furnished at a point. I think Ms. Perry did it. It was furnished to my client. Forget all the writing. She took notes. It's the only copy she had. So will that show on here? It's got loans Dorsey Motors, Dorsey Motors. I haven't studied it. I didn't see TD&O on here.

A. I haven't seen the document.

Q. Okay. Well, we'll go to that -- well, we may as well go to it, because I'm trying to ascertain how TD&O -- I didn't know they were, because you told me it's Taylor. So we'll go ahead and use this document.

MR. ROBERTS: Now, I don't have a clean

A. That's correct.

Q. All right. Read the rest of that. I've let you read it off the record, but read the rest of it. I just want to be sure, since you weren't sure of that -- and I'm trying not to take a lot of time, but I-65 didn't pay cash but tendered a mortgage. No problem with that, right?

A. Yes.

Q. Yes. She can't read it a head shake. Subsequent to the corporation acquiring the real state, there have been ongoing costs, such as property taxes, annual franchise privilege. You don't have a disagreement with that. We have a document that appears to be ongoing costs, correct?

A. Yes.

Q. All right. And there were -- as time passed, you don't have any argument that you either paid some of those expenses or put money into the account to pay the expenses, correct?

A. Correct.

Q. Okay. That's #9. Following up, we have

# EXHIBIT "3"

## October 1, 1990 Promissory Note from I-65 Properties to Dorsey Motor Sales

*GEORGE P. WALTHALL, JR*
*ATTORNEY AT LAW*
*141 WEST MAIN STREET*
*PRATTVILLE, ALABAMA 36067*
*205/365-2255 (OUR FILE NO. 90-412.BO)*

# *PROMISSORY NOTE*

$228,200.00

For value received, the undersigned promises to pay to the order of DORSEY MOTOR SALES, INC. the principal sum of TWO HUNDRED TWENTY EIGHT THOUSAND TWO HUNDRED AND NO/100 DOLLARS ($228,200.00), with interest thereon from date at the rate of twelve (12.0%) percent per annum. the principal and interest payable as follows, namely:

Due and payable on demand.

Payable at the office of DORSEY MOTOR SALES, INC., 625 East Main Street, Prattville, Alabama 36067 or such other place as the holder of the note may designate.

In the event of default in the payment of any installment of principal or interest the entire indebtedness shall become due and payable at once and in full at the option of the holder thereof.

The parties of this instrument, whether maker, endorser, surety or guarantor, each for himself hereby severally waives as to this debt, or any renewal thereof, all rights of exemption under the Constitution and Laws of Alabama, or of any other state, as to personal property, and they each severally agree to pay all costs of collection or securing or attempting to collect or secure this note, including a reasonable attorney's fee, whether the same be collected or secured by any attorney consulted, with reference to suit or otherwise. And each maker, endorser, surety and guarantor of this note severally waives demand, presentment, protest, notice of protest, suit and all other requirements necessary to hold them or any of them and they severally agree that time of payment may be extended or a renewal note taken or other indulgence granted without notice of, or consent to, such action, without release of liability of any such party. This note may be declared due and payable with interest computed or abated to date at anytime by notation hereon by the holder in the event of the insolvency of, general assignment by, judgment against or petition in bankruptcy by or against any such party liable hereunder, subject to terms of mortgage.

DONE this 1 day of Oct, 1990.

I-65 PROPERTIES, INC.

Richard M. Dorsey, Pres

by: RICHARD M. DORSEY, President

ATTEST:

Connie S. Dorsey

CONNIE S. DORSEY, Secretary

Sworn to and subscribed before me this the 1 day of October, 19 90.

Jo Anne Perry

NOTARY PUBLIC

EXHIBIT 3

# EXHIBIT "14"

## Affidavit of Richard M. Dorsey

Case 2:06-cv-00766-MHT-TFM Document 5 Filed 09/18/2006 Page 5 of 6

STATE OF ALABAMA

COUNTY OF AUTAUGA

**AFFIDAVIT OF RICHARD M. DORSEY**

Before me, the undersigned authority in and for said County and State, personally appeared Richard M. Dorsey, who is known to me and who being first duly sworn, deposes and says:

"I make this affidavit based upon my own personal knowledge. I am a Defendant in this case and a shareholder in I-65 Properties, Inc. I-65 Properties, Inc. consists of undeveloped real estate located in Elmore County, Alabama. This is real estate my father and I purchased as an alternative to expand our automobile business. At my father's direction, this property was transferred into I-65 Properties, Inc. with my holding 70% of the stock and my sister Donna holding 30% of the stock. We are the only two (2) stockholders of I-65 Properties, Inc. I-65 Properties, Inc. assumed the mortgage on the property as part of the purchase price.

For many years, I-65 Properties, Inc. had no income and within the last few years I have been successful in leasing billboard space on this property. This is the only income the corporation has. Throughout all these years I have personally or through companies which I own made all payments on behalf of the corporation including the mortgage payments to the prior owners of the property, tax payments, insurance payments, accounting expenses and any other costs associated with the corporation. My sister has incurred no expense on behalf of the corporation.

I have provided my sister, either directly or indirectly, with copies of income tax returns prepared by Diamond, Roller, Taunton & Carmichael, P. A. I have also instructed Alan Taunton with Diamond, Roller, Taunton & Carmichael, P. A. to meet with my sister or her attorney and

EXHIBIT 14

Case 2:06-cv-00766-MHT-TFM Document 5 Filed 09/18/2006 Page 6 of 6

make all books and records of I-65 Properties, Inc. available to them. It is my understanding that they have not availed themselves of this offer."

Further affiant sayeth not.

RICHARD M. DORSEY

SWORN TO and SUBSCRIBED before me this the day of 18th September, 2006.

NOTARY PUBLIC
My Commission Expires: My Commission Expires on 9/17/2007

# EXHIBIT "15"

## Compilation of Expenses Owed

(1) DORSEY MOTOR SALES BOUGHT PROPERTY
THEY (2) TRANSFER TO ANOTHER CORP. (2) ARE GIVING US PART OF OUR (3) DICK FORMED I-65 PROPERTIES 1988 or 89

DICK GOT DEALERSHIP ACCORDING TO HIM WHEN I-65 PROP INC. WAS FORMED (VERBAL AGREEMENT WITH DAD)

* VERBAL AGREEMENT WITH DAD

(4) DS TOOK A NOTE BACK FROM I-65 INC.

| I-65 | PROPERTIES EXPENSES | | | DATE | LOANS | AMOUNT |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1990 | | | | | | |
| 17-Dec | Alabama Dept of Revenue | 90 Franchise Tax | $ 35.00 | 13-Nov | Dorsey Motors | $ 4,000.00 |
| 28-Dec | Bob Gray | Artist Sketches | $ 140.00 | 13-Nov | Dorsey Motors | $ 1,000.00 |
| | | | | | | |
| | | | $ 175.00 | | | $ 5,000.00 |
| | | | | | | |
| 1991 | | | | | | |
| 10-Jan | Ralph Bennett | Option on 4 lots | $ 2,700.00 | | | |
| 7-Feb | Carmichael & Carmichael | Pay of Appraisal | $ 1,250.00 | | | |
| 17-Mar | Alabama Dept of Revenue | 91 Franchise Tax | $ 70.00 | | | |
| 11-Jun | Carmichael & Carmichael | Pay on Appraisal | $ 500.00 | | | |
| 3-Jul | Ralph Bennett | ext on option | $ 3,000.00 | 29-Jul | Dorsey Motors | $ 3,000.00 |
| 9-Sep | Benair Helicopters | Bushhog I-65 | $ 95.00 | | | |
| 17-Sep | U S Postmaster | P O Box Rent | $ 49.00 | | | |
| 22-Nov | Southern Survey & Design | pay on survey | $ 1,000.00 | | | |
| 22-Nov | Goodwin Mills and Cawood | Interstate Nissan | $ 1,000.00 | 22-Nov | Dorsey Motors | $ 2,000.00 |
| | Regions Bank | Service Charges | $ 78.05 | | | |
| | | | $ 9,742.05 | | | $ 5,000.00 |
| | | | | | | |
| 1992 | | | | | | |
| 29-Jan | Ralph Bennett | Option | $ 6,800.00 | | | |
| 22-Jan | Southern Survey and Design | pay on survey | $ 500.00 | 22-Jan | Dorsey Motors | $ 600.00 |
| 13-Mar | Alabama Dept of Revenue | 92 Franchise Tax | $ 70.00 | 29-Jan | Dorsey Motors | $ 7,000.00 |
| 20-May | Southern Survey and Design | pay on survey | $ 1,038.63 | 20-May | Dorsey Motors | $ 1,000.00 |
| 22-Sep | U S Postmaster | P O Box Rent | $ 49.00 | 15-Oct | Dorsey Motors | $ 1,000.00 |
| 14-Oct | Goodwyn Mills and Cawood | Interstate Nissan | $ 1,000.00 | | | |
| 9-Nov | Wm "Mike" Harper | 92 Property Tax | $ 535.44 | | | |
| | Regions Bank | Service Charges | $ 77.12 | 31-Dec | Dorsey Motors | $ 600.00 |
| | | | $ 10,070.19 | | | $ 10,200.00 |

(PROPERTY HAD BEEN APPRAISED AMT.?

DS TOOK A NOTE FROM BACK FOR THAT AMT

BECAUSE OF LITIGATION MOTIVATING FACTOR.

* (1992 MISSING ON LIST)

THESE SIX (6) PAGES GIVEN AT DEC 19, 2005 STOCK HOLDERS MEETING OF ... 1/6

EXHIBIT 15

PROPERTY HOLDER ↑ DICK - CD&O OWNS

| | | | | | | |
|---|---|---|---|---|---|---|
| 1993 | | | | | | |
| 26-Feb | T O McDowell | K Bar K Legal | $ 1,805.50 | 29-Jan | Dorsey Motors | $ 1,800.00 |
| 17-Mar | Alabama Department of Revenue | 93 Franchise Tax | $ 80.00 | | | |
| 15-Sep | U S Postmaster | P O Box Rent | $ 49.00 | | | |
| 24-Nov | Goodwin Mills & Cawood | Interstate Nissan | $ 2,000.00 | 24-Nov | C D & O, Inc | $ 2,100.00 |
| 30-Dec | Wm "Mike" Harper | 93 Property Taxes | $ 835.20 | | | |
| | Regions Bank | Service Charges | $ 93.68 | 30-Dec | Dorsey Motors | $ 850.00 |
| | | | **$ 4,863.38** | | | **$ 4,750.00** |
| | | | | | | |
| 1994 | | | | | | |
| 12-Mar | Alabama Department of Revenue | 94 Franchise Tax | $ 205.00 | | | |
| 11-Oct | U S Postmaster | P O Box Rent | $ 49.00 | 13-May | Dorsey Motors | $ 250.00 |
| 11-Oct | Wm. M "Mike" Harper | 94 Property Tax | $ 835.20 | 12-Oct | Dorsey Motors | $ 1,000.00 |
| | Regions Bank | Service Charges | $ 112.29 | | | |
| | | | **$ 1,201.49** | | | **$ 1,250.00** |
| | | | | | | |
| 1995 | | | | | | |
| 14-Mar | Alabama Department of Revenue | 95 Franchise Tax | $ 70.00 | | | |
| 18-May | McDowell, Faulk & McDowell | K Bar K Legal | $ 3,743.75 | 19-May | Dorsey Motors | $ 4,000.00 |
| 18-Sep | U S Postmaster | P O Box Rent | $ 58.00 | | | |
| 26-Oct | Wm M. "Mike" Harper | 95 Property Tax | $ 835.20 | 26-Oct | Dorsey Motors | $ 1,000.00 |
| | Regions Bank | Service Charges | $ 85.60 | | | |
| | | | **$ 4,792.55** | | | **$ 5,000.00** |
| | | | | | | |

2/6

| 1996 | | | | | | |
|---|---|---|---|---|---|---|
| 11-Jan | Crumpton and Davis | Millbrook Sewer | $ 783.75 | 11-Jan | Dorsey Motors | $ 800.00 |
| 12-Mar | Alabama Department of Revenue | 96 Franchise Tax | $ 70.00 | | | |
| 22-Aug | Alabama Department of Revenue | Tax Penalty | $ 50.00 | | | |
| 21-Oct | McDowell, Faulk & McDowell | K Bar K Legal | $ 2,000.00 | 21-Oct | Dorsey Motors | $ 2,000.00 |
| 16-Dec | Wm M "Mike" Harper | 96 Property Tax | $ 835.20 | 18-Dec | Dorsey Motors | $ 1,000.00 |
| | Regions Bank | Service Charges | $ 88.25 | | | |
| | | | **$ 3,827.20** | | | **$ 3,800.00** |
| | | | | | | |
| 1997 | | | | | | |
| 12-Mar | Alabama Department of Revenue | 97 Franchise Tax | $ 70.00 | | | |
| 17-Sep | U S Postmaster | P O Box Rent | $ 58.00 | | | |
| | Regions Bank | Service Charges | $ 104.77 | | | |
| | | | **$ 232.77** | | | |
| | | | | | | |
| 1998 | | | | | | |
| 17-Sep | U S Postmaster | P O Box Rent | $ 58.00 | 17-Sep | Dorsey Motors | $ 100.00 |
| 14-Dec | Wm M. "Mike" Harper | U S Postmaster | $ 1,009.20 | 14-Dec | Dorsey Motors | $ 1,000.00 |
| | Regions Bank | Service Charges | $ 117.29 | | | |
| | | | **$ 1,184.49** | | | **$ 1,100.00** |
| | | | | | | |
| 1999 | | | | | | |
| 4-Jan | Alabama Dept Of Transportation | Billboard Permit | $ 25.00 | 4-Jan | Dorsey Motors | $ 100.00 |
| 4-Jan | Alabama Dept Of Transportation | Billboard Permit | $ 25.00 | | | |
| 10-Mar | Department of Revenue | 99 Franchise Tax | $ 70.00 | 10-Mar | Dorsey Motors | $ 100.00 |
| 27-Sep | U S Postmaster | P O Box Rent | $ 64.80 | 27-Sep | Dorsey Motors | $ 200.00 |
| 7-Dec | Wm M "Mike" Harper | Property Tax | $ 1,253.74 | 7-Dec | Dorsey Motors | $ 1,500.00 |
| 7-Dec | Diamond, Roller, Taunton | Accounting Serv | $ 64.80 | | | |
| | Regions Bank | Service Charges | $ 116.67 | | | |
| | | | **$ 1,620.01** | | | **$ 1,900.00** |

3/6

| 2000 | | | | | | |
|---|---|---|---|---|---|---|
| 14-Mar | Alabama Department of Revenue | Privilege Tax | $ 110.00 | 15-Mar | Dick Dorsey | $ 25.00 |
| 14-Jun | Diamond, Roller, Taunton | Accounting Serv | $ 277.92 | 14-Jun | Dick Dorsey | $ 300.00 |
| 10-Jul | Cleveland & Colley | Legal Fees (70%) | $ 1,400.00 | 10-Jul | Dick Dorsey | $ 2,712.50 |
| 10-Jul | Diamond, Roller, Taunton | Acct. Fees (70%) | $ 1,312.50 | | | |
| 13-Oct | U S Postmaster | P O Box Rent | $ 64.00 | | | |
| 22-Dec | Cleveland & Colley | Interstae Property | $ 1,385.65 | 22-Dec | Dick Dorsey | $ 4,131.95 |
| 22-Dec | Cleveland & Colley | z | $ 598.60 | | | |
| 22-Dec | Diamond, Roller, Taunton | Acct. Fees (70%) | $ 1,312.50 | | | |
| 22-Dec | Wm M "Mike" Harper | Property Tax | $ 835.20 | | | |
| | Regions Bank | Service Charges | $ 111.29 | | | |
| | | | **$ 7,407.66** | | | **$ 7,169.45** |
| | | | | | | |
| 2001 | | | | | | |
| 15-Mar | Alabama Department of Revenue | Privilege Tax | $ 110.00 | 14-Mar | Dick Dorsey | $ 150.00 |
| 13-Aug | Diamond, Roller & Taunton | Legal Fees | $ 1,200.00 | 13-Aug | Dick Dorsey | $ 1,200.00 |
| 28-Sep | U S Postmaster | P O Box Rent | $ 55.00 | 28-Sep | Dick Dorsey | $ 200.00 |
| 21-Dec | Diamond, Roller & Taunton | Legal Fees | $ 1,645.00 | 21-Dec | Dick Dorsey | $ 1,700.00 |
| 27-Dec | Wm M "Mike" Harper | Property Tax | $ 835.20 | 27-Dec | Dick Dorsey | $ 850.00 |
| | Regions Bank | Service Charges | $ 136.13 | | | |
| | | | **$ 3,981.33** | | | **$ 4,100.00** |
| | | | | | | |
| 2002 | | | | | | |
| 18-Mar | Alabama Department of Revenue | PSA Tax Ext. | $ 110.00 | 18-Mar | Dick Dorsey | $ 110.00 |
| 16-Sep | Cleveland & Colley | Review Notes | $ 1,380.00 | 16-Sep | Dick Dorsey | $ 6,000.00 |
| 16-Sep | Cleveland & Colley | I65 Prop | $ 4,210.78 | | | |
| 16-Sep | U S Postmaster | P O Box Rent | $ 68.00 | | | |
| 12-Dec | Wm M "Mike" Harper | Property Tax | $ 835.20 | 12-Dec | Dick Dorsey | $ 600.00 |
| | Regions Bank | Service Charges | $ 142.80 | | | |
| | | | **$ 6,746.78** | | | **$ 6,710.00** |

4/6

| 2003 | | | | | | |
|---|---|---|---|---|---|---|
| 14-Mar | Alabama Department of Revenue | PSE Tax | $ 100.00 | 17-Mar | Dick Dorsey | $ 1,000.00 |
| 14-Mar | Cleveland and Colley | Legal Fees | $ 900.00 | | | |
| 14-May | Diamond, Roller Taunton | Accounting Fees | $ 862.58 | 14-May | T D & O, Inc | $ 3,000.00 |
| 14-May | Cleveland and Colley | Legal Fees | $ 2,000.00 | | | |
| 24-Jul | Diamond, Roller Taunton | Accounting Fees | $ 450.00 | 24-Jul | Dick Dorsey | $ 500.00 |
| 30-Sep | U S Postmaster | P O Box Rent | $ 68.00 | | | |
| 10-Dec | Wm M "Mike" Harper | Property Tax | $ 835.20 | 10-Dec | | $ 850.00 |
| | Regions Bank | Service Charges | $ 143.35 | | | |
| | | | **$ 5,359.13** | | | **$ 5,350.00** |
| | | | | | | |
| 2004 | | | | | | |
| 17-Feb | Cleveland & Colley | Legal Fees | $ 403.12 | 17-Feb | Dick Dorsey | $ 750.00 |
| 17-Feb | Diamond, Roller, Taunton | Tax Return | $ 330.00 | | | |
| 12-Mar | Ala Department of Revenue | 2004 PSE Tax | $ 100.00 | 12-Mar | Dick Dorsey | $ 500.00 |
| 27-Sep | US Postmaster | P O Box Rent | $ 68.00 | | | |
| 15-Sep | Ala Dept of Revenue | 2004 Priv Tax | $ 10.00 | | | |
| 27-Sep | Diamond, Roller, Taunton | Tax Return | $ 200.00 | | | |
| | Regions Bank | Service Charges | $ 142.08 | | | |
| | | | **$ 1,253.20** | | | **$ 1,250.00** |

| 2005 | | | | |
|---|---|---|---|---|
| 15-Mar | Ala Department of Revenue | 2005 PSE Tax | $ 100.00 | |
| 15-Sep | Ala Department of Revenue | Privilege Tax | $ 10.00 | |
| 27-Sep | U S Postmaster | P O Box Rent | $ 68.00 | |
| 22-Nov | Diamond, Roller Taunton & Carmic | Tax Preperation | $ 500.00 | $ 2,000.00 |
| | Wm M "Mike" Harper | Property Tax | $ 835.20 | |
| | Regions Bank | Service Charges | | |
| | | | **$ 1,513.20** | **$ 2,000.00** LOAN FROM |

**Owed to Dorsey Motor Sales** **Plus Interest** **$ 35,900.00**

TDO OWNED BY DICK

T D O ADVERTISING TO I-65 PROPERTIES TO PAY ALL OF THE EXPENSES.

5/6