IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, etc., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD M. DORSEY, etc., )<br>and CD&O, L.L.C., etc., )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:06cv766-MHT |

**ORDER**

It is ORDERED that the motion to supplement the record (Doc. No. 38) is granted.

DONE, this the 30th day of April, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**