IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA DORSEY DAVIS,<br>as an individual and derivatively upon<br>behalf of I-65 PROPERTIES, INC., | * * * * | |
| PLAINTIFF, | * * | Civil Action No.<br>2:06cv766-MHT |
| v. | * * | |
| RICHARD M. DORSEY,<br>as an individual and CD&O, LLC<br>as a necessary party. | * * * * | |
| DEFENDANTS. | * * | |
| AND | * * | |
| RICHARD M. DORSEY,<br>DORSEY MOTOR SALES, INC.,<br>and CD&O, Inc. | * * * * | |
| COUNTER PLAINTIFFS, | * * | |
| v. | * * | |
| DONNA DORSEY DAVIS, | * * | |
| COUNTER-DEFENDANT. | * | |

## DEFENDANT/COUNTER-PLAINTIFF'S EXHIBIT LIST

ADMITTED    DENIED

_____    _____    1.    Warranty Deed

_____    _____    2.    Articles of Incorporation of I-65 Properties, Inc.

_____    _____    3.    Correspondence from Alan Taunton to Donna Davis dated October 28, 2003

_____    _____    4.    Correspondence to Donna Davis from Dick Dorsey

|          |          |     | dated April 5, 2000 |
|----------|----------|-----|---------------------|
| _____ | _____ | 5.  | Promissory Note A – K |
| _____ | _____ | 6.  | I-65 Properties, Inc. Balance Sheet dated December 31, 1990 |
| _____ | _____ | 7.  | Typical expenses paid by Dorsey Motor Sales for I-65 Properties A - C |
| _____ | _____ | 8.  | Plat of Millbrook Shopping Center Subdivision |
| _____ | _____ | 9.  | Financial Statement |
| _____ | _____ | 10. | Promissory Note dated October 1, 1990 |
| _____ | _____ | 11. | I-65 bank record |
| _____ | _____ | 12. | Closing Documents A - B |
| _____ | _____ | 13. | Correspondence to John Davis from Alan Taunton dated February 17, 2000 |

Defendant/Counter-Plainitff reserves the right to amend this Exhibit List at any time to add exhibits which may be brought to light through continued discovery.

By:  /s/ Clifford W. Cleveland (007)
     Attorney for Plaintiff

*The Law Office of*
*Cleveland & Colley, P. C.*
*Post Office Box 680689*
*Prattville, Alabama 36068*
*(334) 365-1500*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send notification of such filing to the following:

>Lindsay B. Erwin, Esquire
>3516 Vann Road, Suite 114
>Birmingham, Alabama  35235


>James E. Roberts, Esquire
>4908 Cahaba River Road
>Birmingham, Alabama 35243


>/s/ Clifford W. Cleveland
>OF COUNSEL