IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA DORSEY DAVIS, <br> as an individual and derivatively upon <br> behalf of I-65 PROPERTIES, INC., | * <br> * <br> * <br> * | |
| PLAINTIFF, | * <br> * | Civil Action No. <br> 2:06cv766-MHT |
| v. | * <br> * | |
| RICHARD M. DORSEY, <br> as an individual and CD&O, LLC <br> as a necessary party. | * <br> * <br> * <br> * | |
| DEFENDANTS. | * <br> * | |
| AND | * <br> * | |
| RICHARD M. DORSEY, <br> DORSEY MOTOR SALES, INC., <br> and CD&O, Inc. | * <br> * <br> * <br> * | |
| COUNTER-PLAINTIFFS, | * <br> * | |
| v. | * <br> * | |
| DONNA DORSEY DAVIS, | * <br> * | |
| COUNTER-DEFENDANT. | * | |

## *DEFENDANT/COUNTER-PLAINTIFF'S WITNESS LIST*

COMES NOW the Defendant, by and through undersigned counsel, pursuant to the Court's Scheduling Order and submits the following witnesses who may be used at the trial of this case:

1. Donna D. Davis, 100 Purple Court, Clemson, South Carolina 29631; as a witness

2. Richard M. Dorsey, 625 East Main Street, P.O. Box 680639, Prattville, Alabama 36068; as a witness

3. Bill Berry, 6013 East Shirley Lane, Montgomery, Alabama 36117; may call if so needed

4. A representative of Goodwin, Mills and Cawood, Inc., P.O. Box 242128, Montgomery, Alabama 36124; may call if so needed

5. Bobby Carter, 559 West Fourth Street, Prattville, Alabama 36067; may call if so needed

6. Representative of City of Millbrook, Millbrook, Alabama; may call if so needed

7. Jo Anne Perry, 625 East Main Street, P.O. Box 680639, Prattville, Alabama 36068; as a witness

8. Alan Taunton, P. O. Box 780248, Tallassee, Alabama 36078; as a witness

9. Marjorie Virginia Cobb, 2584 Cobbs Ford Road, Prattville, Alabama 36066; may call if so needed

10. Dorothy Cobb Jones, 1121 Honeysuckle Drive, Prattville, Alabama 36067; may call if so needed

11. Connie Dorsey, 361 First Street, Prattville, Alabama 36067; may call if so needed

12. George Walthall, Jr., Esquire, 141 West Main Street, Prattville, Alabama 36067; may call if so needed

13. Robert Faulk, Esquire, 145 West Main Street, Prattville, Alabama 36067; may call if so needed

14. Jack Davis, 100 Purple Court, Clemson, South Carolina 29631; may call if so needed

15. Any person identified on any other parties' witness list;

16. Any person necessary to impeach the testimony of any witness called in this action;

17. Any person whose identity is not currently known but who is learned through discovery.

18. Discovery is ongoing in this matter. Defendant/Counter-Plaintiff reserves the

right to amend this Witness List at any time to add witnesses who may be brought to light through continued discovery or to add the name(s) of any witness(es) whose name(s) may have been accidentally omitted from this list.

RESPECTFULLY SUBMITTED,

By:  //s// Clifford W. Cleveland
     Clifford W. Cleveland (CLE007)
     Attorney for Plaintiff

*The Law Office of*
*Cleveland & Colley, P. C.*
*Post Office Box 680689*
*Prattville, Alabama 36068*
*(334) 365-1500*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send notification of such filing to the following:

Lindsay B. Erwin, Esquire
3516 Vann Road, Suite 114
Birmingham, Alabama 35235

James E. Roberts, Esquire
4908 Cahaba River Road
Birmingham, Alabama 35243

//s// Clifford W. Cleveland
OF COUNSEL