UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Donna Dorsey Davis, ) | |
| as an individual and derivatively upon behalf ) | |
| of I-65 Properties, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: 2:06cv766 |
| ) | |
| Richard M. Dorsey, as an individual, ) | |
| and CD& O, LLC, as a necessary party, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| and ) | |
| ) | |
| Richard M. Dorsey, ) | |
| Dorsey Motor Sales, Inc., ) | |
| and TD & O, Inc., ) | |
| ) | |
| Counter Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Donna Dorsey Davis, ) | |
| ) | |
| Counter Defendant. ) | |

**Plaintiff/Counter-Defendant's Witness List**

Comes now Plaintiff, by and through undersigned counsel, pursuant to the Court's Scheduling Order and submits the following witnesses who may be used at the trial of this case:

1. Donna D. Davis, 202 Wescott Drive, Clemson, South Carolina 20631, (864) 654-9559;

1

2. Jack Davis, 202 Wescott Drive, Clemson, South Carolina 20631, (864) 654-9559;

3. Richard M. Dorsey, 625 East Main Street, Prattville, Alabama 36068, telephone number unknown;

4. Jo Anne Perry, 625 East Main Street, Prattville, Alabama 36068, telephone number unknown;

5. Alan Taunton, 200 Executive Park Drive, Tallassee, Alabama, 36078, (334) 283-2567;

6. George Walthall, Jr., Esquire, 141 West Main Street, Prattville, Alabama 36067, (334) 365-2255;

7. Any person identified on any other parties' witness list;

8. Any person necessary to impeach the testimony of any witness called in this action;

9. Plaintiff reserves the right to amend this Witness List at any time to add witnesses who may be brought to light or add the name(s) of any witness(es) whose name(s) may have been accidentally omitted from this list.

Respectfully Submitted this 13th day of June, 2007.

//s// Lindsay B. Erwin
Lindsay B. Erwin
ASB-5299-Y59E
Attorney for Plaintiff

Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway

2

Columbus, Georgia 31904
(706) 576-4064

## CERTIFICATE OF SERVICE

    I hereby certify that on the _13_ day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

Clifford W. Cleveland
Cleveland & Colley, P.C.
P.O. Box 680689
Prattville, AL 36068

James E. Roberts, Esquire
4908 Cahaba River Road, Suite 204
Birmingham, AL 35243

                                                             //s// Lindsay B. Erwin
                                                             OF COUNSEL