UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Donna Dorsey Davis, | ) |
| as an individual and derivatively upon behalf | ) |
| of I-65 Properties, Inc. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO: 2:06cv766 |
| | ) |
| Richard M. Dorsey, as an individual, | ) |
| and CD& O, LLC, as a necessary party, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| Richard M. Dorsey, | ) |
| Dorsey Motor Sales, Inc., | ) |
| and TD & O, Inc., | ) |
| | ) |
|     Counter Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Donna Dorsey Davis, | ) |
| | ) |
|     Counter Defendant. | ) |

**Plaintiff/Counter-Defendant's Exhibit List**

Comes now Plaintiff, by and through undersigned counsel, pursuant to the Court's Scheduling Order and submits the following Exhibit List which may be used at the trial of this case:

1

ADMITTED     DENIED

_____   _____   1.   Certificate of Incorporation of I-65 Properties, Inc;

_____   _____   2.   Name Reservation Certificate for I-65 Properties, Inc.;

_____   _____   3.   Articles of Incorporation of I-65 Properties, Inc.

_____   _____   4.   By-laws of I-65 Properties, Inc.

_____   _____   5.   Promissory note by Richard M. Dorsey, dated 10/1/1990;

_____   _____   6.   Letter to Jack Davis from Alan Taunton, dated 2/17/2000;

_____   _____   7.   Map of the Property of I-65 Properties, Inc.;

_____   _____   8.   I-65 Properties expense spreadsheet;

_____   _____   9.   Letter to Lindsay Erwin from Alan Taunton dated 2/3/2006;

_____   _____   10.  Letter to Lindsay Erwin from Alan Taunton with attached closing statement, warranty deed, and promissory note;

_____   _____   11.  Letter to Donna Davis from Dick Dorsey dated 1/17/2006;

Plaintiff/Counter-Defendant reserves the right to amend this Exhibit List at any time to add Exhibits which may be brought to light or for impeachment purposes of a witness.

Respectfully Submitted this 13th day of June, 2007.

                                           //s// Lindsay B. Erwin
                                           Lindsay B. Erwin
                                           ASB-5299-Y59E
                                           Attorney for Plaintiff

Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway
Columbus, Georgia 31904
(706) 576-4064

## CERTIFICATE OF SERVICE

I hereby certify that on the __13__ day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

Clifford W. Cleveland
Cleveland & Colley, P.C.
P.O. Box 680689
Prattville, AL 36068

James E. Roberts, Esquire
4908 Cahaba River Road, Suite 204
Birmingham, AL 35243

                                                 //s// Lindsay B. Erwin
                                                 OF COUNSEL