IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA DORSEY DAVIS, as an individual and derivatively upon behalf of I-65 PROPERTIES, INC., | * * * * | |
| PLAINTIFF, | * * | Civil Action No. 2:06cv766-MHT |
| v. | * * | |
| RICHARD M. DORSEY, as an individual and CD&O, LLC as a necessary party. | * * * * | |
| DEFENDANTS. | * * | |
| AND | * * | |
| RICHARD M. DORSEY, DORSEY MOTOR SALES, INC., and CD&O, Inc. | * * * * | |
| COUNTER-PLAINTIFFS, | * * | |
| v. | * * | |
| DONNA DORSEY DAVIS, | * * | |
| COUNTER-DEFENDANT. | * | |

## VOLUNTARY DISMISSAL OF COUNTERCLAIM

COMES NOW the Counter-Plaintiff and moves the Court to enter an order voluntarily dismissing the Counter-Claim asserted against Donna D. Davis.

Respectfully submitted,

By:   //s// Clifford W. Cleveland  (007)
        Attorney for Defendant/Counter-Plaintiff

*The Law Office of*
*Cleveland & Colley, P. C.*
*Post Office Box 680689*
*Prattville, Alabama 36068*
*(334) 365-1500*

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send notification of such filing to the following:

>Lindsay B. Erwin, Esquire
>3516 Vann Road, Suite 114
>Birmingham, Alabama 35235


>James E. Roberts, Esquire
>4908 Cahaba River Road
>Birmingham, Alabama 35243



>//s// Clifford W. Cleveland
>OF COUNSEL