IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA DORSEY DAVIS,<br>as an individual and derivatively upon behalf of<br>I-65 Properties, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 2:06cv766-MHT |
| RICHARD M. DORSEY,<br>as an individual and C D & O, LLC, as a<br>necessary party, | ) ) ) ) | |
| Defendants. | ) ) | |
| AND | ) ) | |
| RICHARD M. DORSEY, DORSEY MOTOR<br>SALES, INC., and C D & O, Inc., | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| DONNA DORSEY DAVIS, | ) ) | |
| Counter-Defendant. | ) | |

**MOTION TO DROP C D & O, LLC AS A DEFENDANT**

COMES NOW, the Plaintiff, Donna Dorsey Davis, by and through her counsel of record and does move this Honorable Court to enter an order dropping C D & O, LLC as a necessary defendant in the above style action. In support of this motion, Plaintiff shows unto this Court the following:

1.    C D & O, LLC was named as an original Defendant and necessary party in Plaintiff's Complaint.

2.    Plaintiff requests C D & O, LLC be dropped as a party to this action pursuant to Fed. R. Civ. Pro. 21.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Plaintiff request this Honorable Court enter an order dropping C D & O, LLC as a necessary party in this action.

Respectfully submitted,

//s// Lindsay B. Erwin
Lindsay B. Erwin, Esq.
ASB-5299-Y59E
Attorney for Plaintiff

Meacham, Earley & Fowler, P.C.
5704 Veterans Parkway
Columbus, GA 31904
(706) 576-4064

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

Clifford W. Cleveland
Cleveland & Colley, P.C.
P.O. Box 680689
Prattville, AL 36068

James E. Roberts, Esquire
4908 Cahaba River Road, Ste 204
Birmingham, AL 35243

<u>//s// Lindsay B. Erwin</u>
OF COUNSEL