IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DONNA DORSEY DAVIS, etc.,     )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         2:06cv766-MHT
                              )
RICHARD M. DORSEY, etc.,      )
and CD&O, L.L.C., etc.,       )
                              )
    Defendants.               )

ORDER

Defendants' attorney having clarified that defendants' motion to dismiss (doc. no. 48) seeks the dismissal of _all_ counterclaims, it is ORDERED that plaintiff Donna Dorsey Davis show cause, if any there be, in writing by June 21, 2007, as to why the motion should not be granted.

DONE, this the 18th day of June, 2007.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE