IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA DORSEY DAVIS, etc.,    )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )         2:06cv766-MHT
                             )
RICHARD M. DORSEY, etc.,     )
and CD&O, L.L.C., etc.,      )
                             )
    Defendants.              )
```

**ORDER**

The defendants having orally informed the court that they do not object, it is ORDERED that plaintiff Donna Dorsey Davis's motion to dismiss (doc. no. 50) is granted and defendant CD & O, LLC is dismissed.

DONE, this the 19th day of June, 2007.

                              /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**