IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA DORSEY DAVIS, as an    )
individual and derivatively  )
upon behalf of I-65          )
PROPERTIES, INC.,            )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )         2:06cv766-MHT
                             )
RICHARD M. DORSEY,           )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that plaintiff Donna Dorsey Davis's

motion to join Dorsey Motor Sales, Inc. as a necessary

party (doc. no. 53) is set for submission, without oral

argument, on June 25, 2007, with all briefs and

evidentiary materials due by said date.

DONE, this the 19th day of June, 2007.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE