IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA DORSEY DAVIS, as an    )
individual and derivatively  )
upon behalf of I-65          )
PROPERTIES, INC.,            )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:06cv766-MHT
                             )
RICHARD M. DORSEY,           )
                             )
    Defendant.               )
```

### ORDER

There being no objection, it is ORDERED as follows:

(1) Defendant's motion to dismiss (doc. no. 48) is granted.

(2) All counterclaims in this action are dismissed.

DONE, this the 19th day of June, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE