IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA DORSEY DAVIS, as an    )
individual and derivatively  )
upon behalf of I-65          )
PROPERTIES, INC.,            )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        2:06cv766-MHT
                             )
RICHARD M. DORSEY,           )
                             )
    Defendant.               )
```

ORDER

The counterclaims having been voluntarily dismissed, it is ORDERED as follows:

(1) Plaintiff Donna Dorsey Davis's motion for summary judgment (doc. no. 31) is denied as moot.

(2) Defendant Richard M. Dorsey's motion to strike (doc. no. 34) is denied as moot.

DONE, this the 19th day of June, 2007.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE