IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, )<br>as an individual and derivatively upon behalf of )<br>I-65 Properties, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD M. DORSEY, )<br>as an individual, )<br>)<br>Defendant. )<br>) | Civil Action No.: 2:06cv766-MHT |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE TRIAL BRIEFS**

NOW COME, the Plaintiff and the Defendant, by and through their respective counsel of record, and respectfully request that the time for filing the trial briefs be extended from Friday, July 13, 2007 until Monday, July 16, 2007. While all parties worked expeditiously to schedule mediation in this cause, due to various conflicts, mediation was unable to be scheduled prior to Thursday, July 12, 2007 at 10:00 a.m. That both attorney for Plaintiff and Defendant need such time up until mediation to prepare for such. Counsel on both sides agree an extension to file the trial brief would be beneficial to their respective clients, and would not be prejudicial.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff and Defendant jointly request this Honorable Court issue an order extending the time to file the trial briefs until Monday, July 16, 2007.

//s// Lindsay B. Erwin
Lindsay B. Erwin (ERW005)
Counsel for Plaintiff

        Meacham, Earley & Fowler, P.C.
        5704 Veterans Parkway
        Columbus, GA 31904


        //s// Clifford W. Cleveland
        Clifford W. Cleveland
        Counsel for Defendant
        Cleveland & Colley, P.C.
        744 East Main Street
        Prattville, AL 36067


## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send information of such filing to the following:

James E. Roberts, Esquire
4908 Cahaba River Road, Ste 204
Birmingham, AL 35243

        //s// Lindsay B. Erwin
        OF COUNSEL

        //s// Clifford W. Cleveland
        OF COUNSEL