IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONNA DORSEY DAVIS, | * | |
| as an individual and derivatively upon | * | |
| behalf of I-65 PROPERTIES, INC., | * | |
| | * | |
| PLAINTIFF, | * | Civil Action No. |
| | * | 2:06cv766-MHT |
| VS. | * | |
| | * | |
| RICHARD M. DORSEY, | * | |
| as an individual and CD&O, LLC | * | |
| as a necessary party. | * | |
| | * | |
| DEFENDANTS. | * | |

## DEFENDANT'S PROPOSED VOIR DIRE

COMES NOW the Defendant, by and through undersigned counsel, and request that this Honorable Court pose the following questions to the jury panel:

1. Does any member of the jury venire know Donna Dorsey Davis or Richard "Dick" Dorsey?

2. Has any member of the jury venire had any business dealings with Donna Dorsey Davis or Richard "Dick" Dorsey?

3. Has any member of the jury venire been sued by a relative or has a relative ever sued you?

4. Has any member of the jury venire previously been involved in a shareholder derivative suit?

5. Has any member of the jury venire ever filed a claim or had a claim or suit filed against you for Breach of Fiduciary Duty?

6. Is any member of the jury venire a shareholder in a small, close or family corporation?

7. Has any member of the jury venire had the responsibility of managing or tending to the business affairs of a small corporation?

                                                                  RESPECTFULLY SUBMITTED,

By:   //s// Clifford W. Cleveland
        Attorney Code: CLE007

*OF COUNSEL:*

*The Law Office of*
*Cleveland & Colley, P. C.*
*Post Office Box 680689*
*Prattville, Alabama 36068*
*(334) 365-1500*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send notification of such filing to the following:

Lindsay B. Erwin, Esquire
3516 Vann Road, Suite 114
Birmingham, Alabama 35235

James E. Roberts, Esquire
4908 Cahaba River Road
Birmingham, Alabama 35243


/s/ Clifford W. Cleveland
OF COUNSEL