IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, <br> as an individual and derivatively upon <br> behalf of I-65 PROPERTIES, INC., <br><br> PLAINTIFF, <br><br> VS. <br><br> RICHARD M. DORSEY, <br> as an individual and CD&O, LLC <br> as a necessary party. <br><br> DEFENDANTS. | Civil Action No. <br> 2:06cv766-MHT |

### DEFENDANT'S FIFTH MOTION IN LIMINE

COMES NOW the Defendant, **Richard M. Dorsey,** and hereby moves the Court to prohibit the Plaintiff, her attorney, or any witnesses from introducing by way of testimony or documentary evidence, information about the following subject:

Any evidence relating to or any opinion of the involvement of Donna Dorsey Davis in business decisions concerning the interest rate of the Promissory Note. This allegation has been dismissed by the Court by way of summary judgment.

To allow such evidence would only serve to prejudice the Defendants. It would also cause a mini trial on claims not advanced by the Plaintiff and which are immaterial and irrelevant to the Plaintiff's claims, or which have been dismissed by the Court. Any probative value of this evidence is substantially outweighed by its prejudicial effect. *Fed. R. Evid. 401, 402 and 403; Hapring v. Continental Oil Company, 28 F.2d 406, 410 (5ᵗʰ Circ. 1980)* (excluding evidence that unduly prolongs the trial).

RESPECTFULLY SUBMITTED,


By:    //s// Clifford W. Cleveland
       Attorney Code: CLE007

*OF COUNSEL:*

*The Law Office of*
*Cleveland & Colley, P. C.*
*Post Office Box 680689*
*Prattville, Alabama  36068*
*(334) 365-1500*

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send notification of such filing to the following:

        Lindsay B. Erwin, Esquire
        3516 Vann Road, Suite 114
        Birmingham, Alabama  35235

        James E. Roberts, Esquire
        4908 Cahaba River Road
        Birmingham, Alabama 35243


        <u>/s/ Clifford W. Cleveland</u>
        OF COUNSEL