IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DONNA DORSEY DAVIS,                        *
as an individual and derivatively upon     *
behalf of I-65 PROPERTIES, INC.,           *
                                           *
     PLAINTIFF,                         *     Civil Action No.
                                           *     2:06cv766-MHT
VS.                                        *
                                           *
RICHARD M. DORSEY,                         *
as an individual and CD&O, LLC             *
as a necessary party.                      *
                                           *
     DEFENDANTS.                        *

## *DEFENDANT'S SEVENTH MOTION IN LIMINE*

    COMES NOW the Defendant, **Richard M. Dorsey**, and hereby moves the Court to prohibit the Plaintiff, her attorney, or any witnesses from introducing by way of testimony or documentary evidence, information about the following subject:

    Evidence of the wealth or poverty of any party. Such evidence is neither relevant nor material to the Plaintiff's claims, and any probative value of this evidence is substantially outweighed by its prejudicial effect. *Fed. R. Evid. 401, 402 and 403*

RESPECTFULLY SUBMITTED,

By:    //s// Clifford W. Cleveland
        Attorney Code: CLE007

*OF COUNSEL:*

*The Law Office of*
*Cleveland & Colley, P. C.*
*Post Office Box 680689*
*Prattville, Alabama  36068*
*(334) 365-1500*

### CERTIFICATE OF SERVICE

     I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using electronic filing system which will send notification of such filing to the following:

                    Lindsay B. Erwin, Esquire
                    3516 Vann Road, Suite 114
                    Birmingham, Alabama  35235

                    James E. Roberts, Esquire
                    4908 Cahaba River Road
                    Birmingham, Alabama 35243

                    /s/ Clifford W. Cleveland
                    OF COUNSEL