**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

July 9, 2007

# NOTICE

**TO: ALL COUNSEL OF RECORD:**

You are hereby notified that the jury list and jurors' profiles for the term of court beginning 7/23/2007 will be available at 3:30 p.m. on 7/20/2007, in the Jury Assembly Room (B-108), first floor, Frank M. Johnson, Jr. United States Courthouse Annex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS and should be treated as such. The information will now be provided in electronic media (disc) only. Counsel MUST return ALL discs to the Courtroom Deputy on the morning of jury selection.**

The attached Juror Questionnaire Certification must be signed by counsel of record. If counsel designates an alternate person to obtain the juror profiles the designee must also sign the Juror Questionnaire Certification. The Juror Questionnaire Certification must be submitted to the Jury Administrator/Clerk's office at the time the juror profiles are obtained. (This document can be found on our website at www.almd.uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | |
|---|---|
| <u>DONNA DORSEY DAVIS</u>  )<br>   Plaintiff,       )<br>               )<br>vs.               )<br>               )<br><u>RICHARD M. DORSEY</u>   )<br>   Defendant.      )  | Case No. 2:06cv766-MHT |

<u>JUROR QUESTIONNAIRE CERTIFICATION</u>

  I, _____, counsel for _____, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

  I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

  I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

**Signature of Counsel of Record:** _____
**Printed Name of Counsel of Record:** _____
**Date:** _____

**If applicable, signature of Person Obtaining Questionnaires:** _____
**Printed Name of Person Obtaining Questionnaires:** _____
**Date:** _____

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# MONTGOMERY CIVIL JURY TERM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMMENCING JULY 23, 2007 AT 10:00 AM\*
FEDERAL COURTHOUSE, MONTGOMERY, ALABAMA

Judge Myron H. Thompson, Presiding

---

\*ALL juries will be selected on July 23, 2007, at 10:00 a.m., with individual trials commencing thereafter as scheduled by the court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 7/23/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL, BRIDGET DALE v MICHAEL W. WYNNE, 2:05cv1179-MHT

10:00 AM

2:05-cv-01179-MHT-CSC Dale v. Wynne

Joseph Charles Guillot representing Bridget Dale (Plaintiff)

Arthur Kirkpatrick and James Joseph DuBois and R. Randolph Neeley representing Michael W. Wynne (Defendant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 7/23/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL,
DONNA DORSEY DAVIS v RICHARD M. DORSEY et al.,2:06cv766-MHT

10:00 AM

  2:06-cv-00766-MHT-TFM Davis v. Dorsey et al

  James Edward Roberts and Lindsay B Erwin representing Donna Dorsey Davis (Plaintiff) and Donna Dorsey Davis (Counter Defendant)

  Clifford Wayne Cleveland representing Richard M. Dorsey, CD&O, L.L.C. (Defendants), Richard M. Dorsey, Dorsey Motor Sales, Inc. and TD & O, Inc. (Counter Claimants)

U.S. District Court
Alabama Middle District
Calendar Events Set For 7/23/2007

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL,
MARGENE LEVERETTE v STATE OF ALABAMA REVENUE DEPT., 2:04cv808-MHT

10:00 AM

2:04-cv-00808-MHT-WC Leverette v. State of Alabama Revenue Department

Juraldine Battle-Hodge representing Margene Leverette (Plaintiff)

John J. Breckenridge representing State of Alabama Revenue Department (Defendant)