IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONNA DORSEY DAVIS, as an    )
individual and derivatively  )
upon behalf of I-65          )
PROPERTIES, INC.,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:06cv766-MHT
                             )
RICHARD M. DORSEY,           )
                             )
     Defendant.              )
```

ORDER

It is ORDERED that plaintiff Donna Dorsey Davis's motion in limine (doc. no. 63) and defendant Richard M. Dorsey's motions in limine (doc. nos. 66-76) are set for submission, without oral argument, on July 17, 2007, with all briefs due by said date.

DONE, this the 10th day of July, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE