IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, as an individual and derivatively upon behalf of I-65 PROPERTIES, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD M. DORSEY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br>)      2:06cv766-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED as follows:

(1) The joint motion for extension of time to file trial briefs (doc. no. 60) is granted.

(2) Trial briefs are due July 16, 2007.

DONE, this the 10th day of July, 2007.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE