IN THE DISTRICT COURT
OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONNA DORSEY DAVIS, <br> as an individual and derivatively upon <br> behalf of I-65 PROPERTIES, INC., <br><br> PLAINTIFF, <br><br> VS. <br><br> RICHARD M. DORSEY, <br> as an individual and CD&O, LLC <br> as a necessary party. <br><br> DEFENDANTS. | Civil Action No. <br> 2:06cv766-MHT |

## *JOINT STIPULATION OF DISMISSAL*

COME NOW the Plaintiff and Defendant, by and through their respective attorneys of record, and file this Joint Stipulation of Dismissal with prejudice and state that a settlement was reached during mediation of this matter.

RESPECTFULLY SUBMITTED,

By: _____
James E. Roberts, Esquire
Attorney for Plaintiff

By: _____
Lindsay B. Erwin, Esquire
Attorney for Plaintiff

By: _____
Clifford W. Cleveland
Attorney for Defendant